```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

   IN RE:                                         CASE NO. 08 B 17190
       LATANYA D DRIVER
                                                  CHAPTER 13

                                                  JUDGE: BRUCE W BLACK

            Debtor
       SSN XXX-XX-6843
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the adminstration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/02/08 .

2. The case was dismissed without confirmation, 10/03/2008.

3. The Debtor paid a total of $ 1600.00 .

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GRP FINANCIAL SERVICES C | CURRENT MORTG | .00 | .00 | .00 |
| GRP FINANCIAL SERVICES C | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | NOT FILED | .00 | .00 |
| MIDTAX | SECURED | NOT FILED | .00 | .00 |
| GREATER SUBURBAN ACCEPTA | SECURED VEHIC | .00 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, PRO SE DEBTOR                    , was allowed $       .00 and was paid $      .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $   1600.00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/11/09                    /s/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE


                    PAGE  2
CASE NO. 08 B 17190 LATANYA D DRIVER